# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TLACY GASTON,<br>    Plaintiff<br><br>v.<br><br>I.H. SERVICES, INC.<br>    Defendant | Civil Action No. 3:23-cv-01037-RNC<br><br><br>AUGUST 15, 2024 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action, through undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice and without an award of fees in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**PLAINTIFF,**
**TLACEY GASTON**

By: */s/ Matthew D. Paradisi*
Matthew D. Paradisi
mparadisi@cicchielloesq.com
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457

**DEFENDANT,**
**I.H. SERVICES, INC.**

By: */s/ Jessica Draper*
Holly L. Cini (ct16388)
Holly.Cini@jacksonlewis.com
Jessica L. Draper (ct30291)
Jessica.Draper@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

2

**CERTIFICATION OF SERVICE**

    I hereby certify that on August 15, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Matthew D. Paradisi*
                              Matthew D. Paradisi